UNITED STATES BANKRUPTCY COURTT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**PAID**

CASE NO.: 05-30938-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

SHEILA RUIZ
XXX-XX-1503

DEBTOR _____ /

### NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

**MAY 27 2011**

FILED ____ RECEIVED

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of $13.92 remaining in her bank account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above-named case. The Trustee has made a good-faith effort to verify the correct mailing address for said entitiies and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE**, the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk was mailed to the parties listed on the attached service list this 25th day of May, 2011.

_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
FLORIDA BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

# SERVICE LIST

DEBTOR
SHEILA RUIZ
P O BOX 1543
FORT PIERCE, FL 34954-1543

ATTORNEY FOR DEBTOR
BRAD CULVERHOUSE, ESQUIRE
320 SOUTH INDIAN DRIVE
SUITE 100
FORT PIERCE, FL 34950

ATTACHMENT

**NOTICE OF DEPOSIT OF FUNDS WITH U.S. BANKRUPTCY COURT CLERK**

**Attachment - Listing of Claimant**

Case Number:    05-30938-BKC-EPK

Creditor No.:   217087

Claimant:       UNITED STATES BANKRUPTCY COURT
                51 SW 1ST AVE
                FEDERAL BUILDING, ROOM 1401
                MIAMI, FL 33130-1669